J-S04030-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| AMY RUCK HORN, | : | |
| | : | |
| Appellee | : | No. 1162 MDA 2014 |

Appeal from the Judgment of Sentence Entered June 27, 2014,
in the Court of Common Pleas of York County,
Criminal Division at No(s): CP-67-CR-0001427-2014

BEFORE:  BOWES, ALLEN, and STRASSBURGER,* JJ.

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED FEBRUARY 09, 2015**

I concur in the result.  I write separately to note that, as the author of

the **Musau** opinion, I remain of the view that the issue resolved therein was

properly decided.

* Retired Senior Judge assigned to the Superior Court.